MICHELE BONSIGNORE, Appellant, v. CHIARELLO BROTHERS CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JAMES P. CAVANAGH, Respondent, v. O. M. L. REALTY CORPORATION, INC., and Others, Defendants, Impleaded with C. & S. JACOBS PLUMBING SUPPLY CORPORATION, Appellant. (Action No. 3.) — Judgment reversed upon the law and the facts, and a new trial granted, costs to appellant to abide the event. Finding of fact XXIII is without evidence to support it. There is no evidence to support finding of fact XXIV as to the assent of O. M. L. Realty Corporation, Inc. Such findings are reversed. A proper determination herein cannot be had without proof of the relationship of the goods to the realty. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of LILLIAN D. MIDDLEKAMP, Respondent, v. ARCHIE C. NELSON, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed, with costs. The limitation of territorial application of chapter 434 of the Laws of 1930* does not render the statute invalid. (*Matter of Morgan* [*In re Rolle*], 114 App. Div. 45, 54; *People* v. *Havnor*, 149 N. Y. 195; *Hayes* v. *Missouri*, 120 U. S. 68; *People ex rel. Armstrong* v. *Warden*, 183 N. Y. 223; *People ex rel. Ward* v. *McCann*, 117 Misc. 798; *People ex rel. White* v. *Comr. of Correction*, 198 App. Div. 384; *People ex rel. Kipnis* v. *McCann*, 199 id. 30.) Rules of evidence are at all times subject to modification and control by the Legislature, and changes thus made may be made applicable to existing causes of action. (*Howard* v. *Moot*, 64 N. Y. 262.) Likewise as to procedural changes. (*Sackheim* v. *Pigueron*, 215 N. Y. 62.) The statute is not an *ex post facto* law. (*People* v. *Qualey*, 210 N. Y. 202.) Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

C. WOODFORD DEMING, Appellant, v. IDA M. PARENT, Respondent.— Orders and judgment affirmed, with costs. No opinion. Lazansky, P. J., Kapper, Carswell and Scudder, JJ., concur; Hagarty, J., dissents.

HARRY DI GENNARO, Appellant, v. CORNELIUS TUCKER, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

---

* Amdg. and repealing Inf. Crim. Cts. Act (Laws of 1910, chap. 659), art. 3-B, as added by Laws of 1929, chap. 434.— [REP.